UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------x
:
SPECIAL TOUCH HOME CARE :
SERVICES, INC., :
:
*Plaintiff,* :
:
v. : Case No. 1:20-cv-03051-NGG-RLM
:
UNITED STATES OF AMERICA, :
:
*Defendant.* :
---------------------------------------x

**PARTIES' ~~PROPOSED~~ BRIEFING SCHEDULE**

Defendant United States of America and Plaintiff Special Touch Home Care Services, Inc. jointly submit the following proposed briefing schedule in accordance with the Court's electronic Order entered on March 2, 2021. *See* March 2, 2021 Minute Entry.

The parties propose the following briefing schedule:

| Defendant's Motion to Dismiss | On or before April 12, 2021 |
|---|---|
| Plaintiff's Opposition to Defendant's Motion to Dismiss | On or before May 3, 2021 |
| Defendant's Reply to Plaintiff's Opposition | On or before May 17, 2021 |

Respectfully submitted,

DAVID A. HUBBERT
Acting Assistant Attorney General
Tax Division, U.S. Department of Justice

*/s/ Thelma A. Lizama*
THELMA A. LIZAMA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
202-616-3339 (v)
202-514-5238(f)

Application Granted.
SO-ORDERED.
/s/ Nicholas G. Garaufis, U.S.D.J.
Hon. Nicholas G. Garaufis
Date: March 15, 2021

1