UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SPECIAL TOUCH HOME CARE SERVICES, INC.,    Docket No.: 20-cv-03051-NGG-RLM

                        Plaintiff,

    -against-

UNITED STATES OF AMERICA,

                        Defendant.
-------------------------------------------------------------------X

## DECLARATION OF JENNIFER ANN WYNNE

I, Jennifer Ann Wynne, pursuant to 28 U.S.C. § 1746, state as follows:

    I am an attorney employed by Wynne Law, P.C., attorney for the Plaintiff in the above-captioned case. Attached herewith are the following exhibits, each of which is a true and correct copy (except to the extent that private information may have been redacted to comply with e-filing requirements):

    A. Exhibit A–Copy of Plaintiff's November 2017 written and signed request for an abatement of the 2015 civil penalty;

    B. Exhibit B –Copy of IRS' February 2018 response to Plaintiff's request for an abatement of the 2015 civil penalty;

    C. Exhibit C – Copy of IRS' December 2019, February 2020, October 2020, January 2021 and March 2021 correspondence to Plaintiff regarding the submitted Form 843 request for an abatement of the 2015 civil penalty; and

    D. Exhibit D – Copy of Plaintiff's December 2020 Amended Form 843 request for an abatement of the 2015 civil penalty.

1

I declare under penalty of perjury that the foregoing is true and accurate. Executed on this 3rd day of May 2021 in Garden City, New York.

Dated: Garden City, New York

May 3, 2021

Respectfully submitted,

/s/ *Jennifer Ann Wynne*
JENNIFER ANN WYNNE (JW4428)
WYNNE LAW, P.C.
Attorneys for Plaintiff
1225 Franklin Ave., Suite 325
Garden City, NY 11530
Phone (833) 829-2889
jennifer@wynnelawpc.com